IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              No. 4:19-cr-529-DPM

KENNETH WAYNE GILMORE                                                   DEFENDANT
Reg. No. 32915-009

## ORDER

    Gilmore moves to reduce his sentence based on amendments to the Sentencing Guidelines. When he was sentenced, he received two criminal history points because he was on probation when he committed his new crime. He would only receive one point under the amended Guidelines. But he was sentenced to the fifteen-year statutory mandatory minimum. The Court does not have the authority to reduce his sentence. His motion, *Doc. 126*, is therefore denied.

    So Ordered.

                                        */s/ W.P. Marshall Jr.*
                                        D.P. Marshall Jr.
                                        United States District Judge

                                        25 January 2024