# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                           **PLAINTIFF**

v.                              No. 4:19-cr-529-DPM

**KENNETH WAYNE GILMORE**                                              **DEFENDANT**
**Reg. No. 32915-009**

### ORDER

Gilmore has filed a third motion to reduce his sentence. But, in the Court's view, Gilmore's motion is actually a § 2255 *habeas* petition to vacate his sentence based on the Supreme Court's recent decision in *Erlinger v. United States*, No. 23-370 (21 June 2024). By the Order, the Court is giving Gilmore the opportunity to withdraw his petition or file an amended petition containing all claims he believes he has for § 2255 relief. If Gilmore does not withdraw his petition, any subsequent § 2255 petition will be subject to the statute's restrictions on successive petitions. 28 U.S.C. § 2255(h); *Castro v. United States*, 540 U.S. 375, 383 (2003).

Gilmore has until 18 October 2024 to file a motion to withdraw or an amended petition. If Gilmore does not withdraw his petition, or files an amended petition, then the United States must file its response by 1 November 2024.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2024