**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **No. 4:19-cr-529-DPM**

**KENNETH WAYNE GILMORE**
**Reg No. 32915-009** **DEFENDANT**

**ORDER**

Motion to amend, *Doc. 196*, denied. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

D.P. Marshall Jr.
United States District Judge

25 September 2026